**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

VINCENT DANG, *et al.*,

　　Plaintiffs,

　　v.

AMARIN CORPORATION PLC, *et al.*,

　　Defendants.

---

Civil Action No. 21-19212 (RK) (TJB)

**ORDER**

---

**THIS MATTER** comes before the Court on a Motion to Dismiss the Amended Class Action Complaint filed by Defendants Amarin Corporation plc, John F. Thero, Michael W. Kalb, and Joseph T. Kennedy ("Defendants"). (ECF No. 58.) Plaintiffs the 1199SEIU Health Care Employees Pension Fund and Warren Drabek ("Plaintiffs") oppose the Motion to Dismiss. (ECF No. 65.) The Court has considered the parties' submissions and resolves the matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the Court's Opinion filed on this date, and for other good cause shown,

　　**IT IS** on this 25th day of September, 2024,

　　**ORDERED** that Defendants' Motion to Dismiss the Amended Class Action Complaint, (ECF No. 58), is **GRANTED**; and it is further

　　**ORDERED** that Plaintiffs' Amended Class Action Complaint, (ECF No. 50), is **DISMISSED** without prejudice; and it is further

　　**ORDERED** that any an amended complaint from Plaintiffs must be filed within thirty (30) days of the date of this Order; and it is further

**ORDERED** that the Clerk's Office is directed to terminate the Motion pending at Docket No. 58.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**

2