

Eric T. Kanefsky, Senior Partner
862.772.8149    eric@ck-litigation.com

November 4, 2024

**VIA ECF**
The Honorable Robert Kirsch
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  **Re:** **Dang v. Amarin Corporation plc, et al., No. 3:21-cv-19212-RK-TJB**

Dear Judge Kirsch:

  I write on behalf of all Defendants and with the consent of Lead Plaintiff 1199SEIU Health Care Employees Pension Fund and Plaintiff Warren Drabek ("Plaintiffs") in the above-captioned matter. Plaintiffs have advised Defendants that they do not intend to file a further amended complaint. Accordingly, the parties jointly request entry of judgment dismissing the matter with prejudice and closing the case.

         Very truly yours,

         Eric T. Kanefsky, Esq.,
         Calcagni & Kanefsky LLP

cc: All Counsel of record (via ECF)

         **So Ordered:**

         _____
         **ROBERT KIRSCH,**
         **UNITED STATES DISTRICT JUDGE**

         **November 5, 2024**

ck-litigation.com   862.397.1796   862.902.5458   One Newark Center, 1085 Raymond Blvd., 14th Floor, Newark, NJ 07102 (Preferred Mailing Address)   85 Broad Street, Suite 17031, New York, NY 10004